| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ☐ Attorney for<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER |
| In re:<br><br><br><br><br><br>Debtor(s). | **DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE**<br><br>(No Hearing Required) |

Debtor moves this Court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b), and Local Bankruptcy Rule 3015-1(q)(1):

1. ☐ (a) The above-entitled case was commenced by the filing of a voluntary petition under Chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;
   
   **OR**
   
   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under Chapter _____ and was converted to a case under Chapter 13 on _____.

2. ☐ (a) There is no motion for relief from**,** annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.
   
   **OR**
   
   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

   Filing Date: _____
   Movant: _____
   Personal or Real Property: _____
   _____

   Status:   ☐ Pending   ☐ Resolved   ☐ Withdrawn/Denied
   *(Please attach additional pages if needed.)*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 3015-1.18**

Debtor's Request For Voluntary Dismissal of Chapter 13 - *Page 2*                                    F 3015-1.18

| In re: | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER |

3. ☐ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

   **OR**

   ☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:
   _____
   _____
   _____

   *(Please attach additional pages if needed.)*

4. Debtor seeks dismissal of this case for the following reasons:
   _____
   _____
   _____
   _____
   _____

   *(Please attach additional pages if needed.)*

Dated:_____            _____
                                                    Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated:_____            _____
                                                    Debtor

Dated:_____            _____
                                                    Joint Debtor

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                              **F 3015-1.18**

Debtor's Request For Voluntary Dismissal of Chapter 13 - *Page 3*   F 3015-1.18

| In re: | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as _____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____
*Date*           *Type Name*                *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                               **F 3015-1.18**

Debtor's Request For Voluntary Dismissal of Chapter 13 - *Page 4*    **F 3015-1.18**

| In re: | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER |

**ADDITIONAL SERVICE INFORMATION** (if needed):

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.18**